STATE OF MICHIGAN
IN THE 36th JUDICIAL DISTRICT COURT

STEVEN DUKATT
    Plaintiff,

vs.

CASE NO. 25341247

UNITED STATES POSTAL SERVICE
and all other occupants,
    Defendants
_____/

SWISTAK LEVINE, P.C.
Jarrett E. Levine P71902
Attorneys for Plaintiff
30833 Northwestern Hwy, #120
Farmington Hills, MI 48334
(248) 851-8000
_____/

### PROOF OF SERVICE

State of Michigan)
                ) ss
County of Oakland)

    Kalynne Soper, being duly sworn deposes and says that on January 28, 2025, she served a copy of the Summons, Complaint and Proof of Service upon:

        United States Postal Service
        and all other occupants    a copy was also sent to:
        PO Box 27497               10254 Gratiot Ave
        Greensboro, NC 27498    Detroit, MI 48213

by placing same in the United States Mail with first class postage thereon fully prepaid.

"I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE PROOF OF SERVICE ABOVE HAS BEEN EXAMINED BY ME AND ITS CONTENTS ARE TRUE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF." MCR 1.109 (D)(3)(b).

                                                    /s/ Kalynne Soper
                                                       Kalynne Soper

| STATE OF MICHIGAN JUDICIAL DISTRICT COUNTY | SUMMONS Landlord-Tenant (Tenant's Copy) | CASE NO. and JUDGE |
|---|---|---|
| 36th | | |

Court address: 421 Madison, Detroit, MI 48226        Court telephone no. (313) 965-3974

**Plaintiff's name, address, and telephone no.**
Steven Dukatt
c/o Swistak & Levine, PC

**Plaintiff's attorney, bar no., address, and telephone no.**
Jarrett E. Levine P71902
30833 Northwestern Hwy, #120
Farmington Hills, MI 48334
(248) 851-8000

v

**Defendant's name, address, and telephone no.**
United States Postal Service
and all other occupants
Contracting Officer          a copy was also sent to:
PO Box 27497                 10254 Gratiot Ave
Greensboro, NC 27498         Detroit, MI 48213

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. The plaintiff has filed a complaint against you and wants ☐ a money judgment for ☑ to evict you from

Address or description of premises:
10254 Gratiot Ave, Detroit, MI 48213

2. You are summoned to be in the district court on _____ (Day, date, and time) MONDAY 02/03/25  9:30
   ☐ at the court address above, ☐ at _____ (Location) VIRTUAL HEARING, courtroom _____
3. This action ☑ is ☐ is not brought in the county or district in which the premises or any part of the premises is situated.
4. You have the right to have the case tried in the proper county, district, or court. The case will be transferred to the proper county, district, or court if you file a motion with the court before the court date above or ask for a transfer at the first hearing.
5. You have the right to a jury trial. You will lose this right if you do not demand a jury trial and pay the required jury fee at your first hearing or within five days of the court advising you of your rights remotely or in person at your first hearing.
6. A list of your rights and information about local rental and other housing help should be attached to this summons.
7. If you are in district court on time, you will have the chance at a hearing to say why you think you should not be evicted.
8. If you are not in district court on time, you may be evicted without a trial and a money judgment may be entered against you.

This document must be sealed by the seal of the court.          Court clerk signature and date

**HOW TO GET HELP**

- You have received an important legal document from a court. Your landlord is trying to evict you. This means you could lose your housing and you could owe your landlord money. It is important to respond to this quickly.
- You may hire an attorney to help you answer the complaint and prepare defenses. If you cannot afford an attorney, you can get help at michiganlegalhelp.org or you might qualify for assistance through a local legal aid office. If you do not have Internet access at home, you can access the Internet at your local library.
- If you do not have an attorney, but have money to hire one, you can find an attorney through the State Bar of Michigan Lawyer Referral Service at 1-800-968-0738 or a local lawyer referral service at michbar.org.
- If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements."

Approved, SCAO
Form DC 104, Rev. 11/23
MCL 600.5735, MCR 2.102, MCR 4.201(C)
Page 2 of 2

Distribute form to:
Court          Plaintiff
Defendant      Proof of service
Mailing

MAILING

To order this form visit www.printcarta.com
Target Information Management, Inc.

Approved, SCAO

Original - Court  1st copy - Tenant
2nd copy - Mailing  3rd copy - Landlord

| STATE OF MICHIGAN JUDICIAL DISTRICT 36th | COMPLAINT TO RECOVER POSSESSION OF PROPERTY | CASE NO. |
|---|---|---|

Court address 421 Madison, Detroit, MI 48226  (313) - ___-____  Court telephone no.

**Plaintiff name(s), address(es), and telephone no(s).**
Steven Dukatt
c/o Swistak & Levine, PC

v

**Defendant name(s), and address(es)**
United States Postal Service
and all other occupants
Contracting Officer
PO Box 27497
Greensboro, NC 27498

a copy was also sent to:
10254 Gratiot Ave
Detroit, MI 48213

**Plaintiff's attorney, bar no., address, and telephone no.**
Jarrett E. Levine P71902
30833 Northwestern Hwy, #120
Farmington Hills, MI 48334
(248) 851-8000

**The plaintiff states:**

1. Attached to this complaint is a copy of the lease or occupancy agreement, if any, under which possession is claimed, and a copy of the notice to quit or demand for possession, if any, showing when and how it was served.

2. ☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence alleged in this complaint.
   ☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in _____ Court. The docket number and assigned judge are _____.
   The action ☐ remains ☐ is no longer pending.

3. The person entitled to possession of the property described
   ☑ in the attached notice demand ☐ as follows: _____
   is  Steven Dukatt
   Name (type or print)

4. The defendant is in possession of the following portion of the property: 10254 Gratiot Ave., Detroit, MI 48213

5. The plaintiff has a right to possession of the property because:
   ☐ a. a lease expired on _____.
   ☑ b. tenancy was terminated by notice to quit.
   ☐ c. lease terminated per provision in lease (para. no. ____)
   ☐ d. defendant is a trespasser. Explain in space beneath item f.
   ☐ e. forcible entry was made or possession was held by force after a peaceful entry.
   ☑ f. other: _____
   Describe in detail how the trespass occurred and how the premises are being illegally held. State that no lawful tenancy existed between the parties in the time that has passed since the trespasser took possession. Use a separate sheet of paper if needed.
   MCL 554.134(1) or (3) (see other side)

6. ☐ The tenancy involves regulated housing operated by or under rules of a governmental unit. The rule or law under which the tenancy is ended is: _____.

7. ☑ (This item must be checked if the property is residential property.) The plaintiff declares that this residential property was kept fit for the use intended, has been kept in reasonable repair during the term of the lease or license, and is in compliance with the applicable state and local health and safety laws. (Any defects to this statement must be explained below.)
   ☐ The disrepair or violation was caused by the tenant's willful or irresponsible conduct or lack of conduct.
   ☐ The parties to the lease or license modified the obligations, as provided for by statute.
   ☐ Other: (describe)

8. ☑ The defendant remains in possession of the property.

9. **The plaintiff requests** a judgment of possession and costs.

NOTE TO PLAINTIFF: If you wish to demand a jury trial, you must file a jury demand (MC 22) with the complaint.

**SUPPLEMENTAL COMPLAINT**

☐ 10. Complaint is made and judgment is sought for money damages against the defendant as follows: Use a separate sheet of paper if needed.

01/21/2025  /s/ Jarrett E. Levine
Date  Plaintiff/Attorney signature

DC 102c (11/23) **COMPLAINT TO RECOVER POSSESSION OF PROPERTY**  MCL 554.139, MCL 600.5714, MCR 2.113(C), MCR 4.201(B)

MAILING

| STATE OF MICHIGAN JUDICIAL DISTRICT | NOTICE TO QUIT TO RECOVER POSSESSION OF PROPERTY Landlord-Tenant | CASE NO. and JUDGE |
|---|---|---|

TO:

> United States Postal Service and all other occupants
> Contracting Officer
> PO Box 27497
> Greensboro, NC 27498
>
> Copy sent to:
> 10254 Gratiot Ave
> Detroit, MI 48213

1. Your landlord/landlady, __Steven Dukatt__, is seeking to recover possession of property pursuant to
   ☑ MCL 554.134(1) or (3) (see other side)  ☐ Other: _____
   and wants to evict you from: **10254 Gratiot Ave, Detroit, MI 48213**

   Address or description of premises rented (if different from mailing address): 10254 Gratiot Ave, Detroit, MI 48213

2. You must move by __January 18, 2025__ or your landlord/landlady may take you to court to evict you.

3. If the landlord/landlady takes you to court to evict you, you will have the opportunity to present reasons why you believe you should not be evicted.

4. If you believe you have a good reason why you should not be evicted, you may have a lawyer advise you. Call him or her soon.

SWISTAK & LEVINE, P.C.

December 17, 2024
Date

/s/ Gabrielle C. Lacy
Signature of Premises Owner or Agent
Gabrielle C. Lacy (P79685)

30833 Northwestern Hwy., Suite 120
Address

Farmington Hills, MI 48334      (248) 851-8000
City, State, Zip Code            Telephone No.

*Note: After foreclosure of the premises, the landlord/landlady must give notice as stated in the lease agreement or equal in time at least one rental period, unless otherwise allowed by law. This does not apply to a 90-day notice given under the authority of Protecting Tenants at Foreclosure Act (PTFA), PL 111-21 §702; Stat 1660, restored and revived by PL 115-174, title III, §304(c).

## CERTIFICATE OF SERVICE

I certify that on __December 17, 2024__ I served this notice on: United States Postal Service and all other occupants

by:
- ☐ delivering it personally to the person in possession.
- ☐ delivering it on the premises to a member of his/her family or household or an employee of suitable age and discretion with a request that it be delivered to the person in possession
- ☑ first class mail addressed to the person in possession
- ☐ electronic service to the person in possession (who has consented in writing to such service) at the following electronic service address:

Signature Gaylen Maki

COURT COPY
DC 100c, Rev. 9/23   NOTICE TO QUIT TO RECOVER POSSESSION OF PROPERTY, Landlord-Tenant MCL 600.5714 (1)(c)(iii),(e)

# Advice of Rights and Information (Landlord-Tenant)

This information explains your rights as a tenant (defendant) when your landlord has filed a case to evict you. They may also be asking the court to order you to pay money.

You should also have received separate information about where you can apply for rental or other housing assistance.

**Read this form carefully.**

---

### Notice of Rights

1. **Attorney**
   You have the right to hire an attorney. If you cannot pay for one, the court must give you information about any legal aid assistance there might be for your area.

2. **Place where case will be heard**
   - You have the right to have your case heard in the county or district where the property, or any part of it, is located.
   - Look at item 3 on the attached summons (form *DC 104*). If the landlord (plaintiff) has checked the box saying that the case **is not** being brought where the premises is located, you can ask the court to transfer the case to the county or district where the property, or any part of it, is.
   - You can ask the court to move the case by filing a request (motion) in writing before the court date listed on the summons, or ask the court in person at the first court hearing.

3. **Jury trial**
   - You have the right to demand a jury trial.
   - If you want a jury trial, you must tell the court at your first court appearance, or make the demand in writing within **5** days of the court explaining your right to a jury trial.
   - You can use form *MC 22*, Jury Demand, and file it with the court.
   - You must pay a $50 fee when you make your demand or within **5** days of the court explaining your right to a jury trial. You do not have to pay the jury fee if you have asked the court to waive fees and the court has approved your request under MCR 2.002.

4. **Rental and other housing assistance**
   If your landlord has asked for you to be evicted from a residential property because you haven't paid rent, you may be able to get assistance from
   - the Michigan Department of Health and Human Services (MDHHS)
   - a local Coordinated Entry Agency
   - a Housing Assessment and Resource Agency
   - a federal Help for Homeless Veterans program

   You should have received information on local rental and housing assistance with the summons.

   You do not need a judgment against you to receive help from the places listed above. A copy of the summons and complaint from your case are enough.

5. **Reaching an agreement outside of court**
   You may be able to reach an agreement with the landlord by going through a Michigan or local community dispute resolution program. You can find a program at courts.mi.gov/CDRP.

6. **Conditional dismissal**
   You may be able to reach an agreement with the landlord that will mean the case gets dismissed. The court must provide you with the form for this or tell you where to find it online.

---

Approved, SCAO
Form DC 538. Rev. 11/23
MCR 4.201(C)(3)(f), MCR 4.201(K)(2)(a)
Page 1 of 1

| STATE OF MICHIGAN 36TH JUDICIAL DISTRICT | NOTICE TO APPEAR | Case No: 25341247 LT |
|---|---|---|
| | | OFFENSE: |

Court Address: 421 MADISON AVENUE
DETROIT, MI 48226

Court Telephone no. (313) 965-5594

DUKATT/STEVEN/

Plaintiff ☐ Personal service
v

UNITED STATES POSTAL SERVICE//
10254 GRATIOT AVE
DETROIT, MI 48213

Defendant ☐ Personal service

(248) 851-8000        P-071902
JARRETT EDWARD LEVINE

30833 NORTHWESTERN HWY STE 120
FARMINGTON HILLS, MI 48334

Plaintiff's attorney ☐ Personal service

Defendant's attorney ☐ Personal service

Officer

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

Date issued: FEB. 3, 2025

**YOU ARE DIRECTED TO APPEAR AT:**

☒ The court address above, courtroom _____
☐ _____

IN PERSON HEARING SCHEDULED
REPORT TO COURTROOM 436

Judge: ADAM IBN-RAMADA SABREE

**FOR THE FOLLOWING PURPOSE:**

| | DAY | DATE | TIME |
|---|---|---|---|
| ☐ Probable Cause Conf. | | | |
| ☐ Preliminary Exam | | | |
| ☒ Pre-trial Conf. | MONDAY | 03/03/25 | 9:30 AM |
| ☐ Jury Selection | | | |
| ☐ Jury Trial | | | |
| ☐ Nonjury Trial | | | |
| ☐ Sentencing | | | |
| ☐ Motion | | | |
| ☐ Arraignment | | | |
| ☐ Informal Hearing | | | |
| ☐ Formal Hearing | | | |
| ☐ | | | |
| ☐ The above matter is adjourned from _____ | | | |

Date

Clerk of the Court

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.
2. No case may be adjourned except by authority of the judge for good cause shown.
3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.
4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for contempt of court, and a bench warrant may be issued for your arrest.
5. If you intend to employ a lawyer, he or she should be notified of the date at once.
6. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

Approved, SCAO
Form MC 06, Rev. 6/19

Distribute form to:
Court
Plaintiff/Attorney
Defendant
Extra