STATE OF MICHIGAN
36TH DISTRICT COURT
FOR THE COUNTY OF WAYNE

STEVEN DUKATT,

    Plaintiff,                                   Case No. 25341247-LT

v.                                           Honorable Adam Ibn-Ramadan Sabree

UNITED STATES POSTAL SERVICE
    Defendant.

_____/

**NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that on February 28, 2025, federal defendant United States Postal Service, by its attorneys, Julie A. Beck, Acting United States Attorney for the Eastern District of Michigan and Jennifer L. Newby, Assistant United States Attorney, filed in the office of the Clerk of the United States District Court for the Eastern District of Michigan, at Detroit, Michigan, a Notice of Removal of the above-entitled case to said United States District Court. A copy of the Notice of Removal with attachments is attached hereto.

                                                          Respectfully Submitted,

                                                          JULIE A. BECK
                                                          Acting United States Attorney

                                                          */s/ Jennifer L. Newby*
                                                          JENNIFER L. NEWBY (P68891)
                                                          Assistant United States Attorney
                                                          211 W. Fort Street, Suite 2001
                                                          Detroit, Michigan  48226
                                                          (313) 226-0295
                                                          Jennifer.Newby@usdoj.gov

Dated: February 28, 2025

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 28, 2025, I filed the foregoing paper with the Clerk of the 36TH District Court in the Count of Wayne for the State of Michigan and upon the other parties who appeared on the docket.

                                      */s/ Jennifer L. Newby*
                                      JENNIFER L. NEWBY (P68891)
                                      Assistant United States Attorney
                                      211 W. Fort Street, Suite 2001
                                      Detroit, Michigan  48226
                                      (313) 226-0295
                                      Jennifer.Newby@usdoj.gov